UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
Plaintiff,

    v.      No. WC80-34

AN EASEMENT AND RIGHT-OF-WAY
OVER 4.8 ACRES OF LAND, MORE OR LESS,
IN TIPPAH COUNTY, MISSISSIPPI, and
LOLA VELMA AVENT ENIS, ET AL.;

    v.      No. WC80-35

AN EASEMENT AND RIGHT-OF-WAY
OVER TWO TRACTS OF LAND CON-
TAINING A TTOTAL OF 10.1 ACRES,
MORE OR LESS, IN TIPPAH COUNTY,
MISSISSIPPI, and
BILLE SUE AVENT GOSSETT, ET AL.;
Defendants.

## ORDER DISBURSING FUNDS IN CASE NO. WC80-34

On December 7, 1981, the Court entered a Judgment in these matters, finding that the subject condemnation actions had been resolved via settlement by all concerned parties. As part of the Judgment, the sum of $4,300 was paid as just compensation in Case No. WC80-34, and the Clerk of Court was ordered to invest that amount for the remaining lifetime of Lola Velma Avent Enis and to disburse the interest to her while maintaining the underlying funds in the Court's registry. The Court further ordered that "[u]pon the termination [the] case of the above-mentioned life estate[] . . . the principal and any undisbursed, earned interest in the account . . . shall be disbursed to the appropriate remaindermen by further order of this Court." The record before the Court shows that Lola Velma Avent Enis is deceased, that her surviving heirs at law

1

are Fred Enis and Joshua A. Enis, and that the conditions for disbursement of the remaining funds in Case No. WC80-34 have been satisfied.

It is therefore **ORDERED** and **ADJUDGED** that the Clerk of Court is authorized and directed in Case No. WC80-34 to draw a check on the funds deposited in the registry of this Court in the principal amount of $2,150, plus 1/2 of the accrued interest thereon less the applicable registry fee, payable to "Fred Enis," and to mail said check to him and mail said check to him at the address on file in the Clerk's office, and to draw a second check on the funds deposited in the registry of this Court in the in the principal amount of $2,150, plus 1/2 of the accrued interest thereon less the applicable registry fee, payable to "Joshua A. Enis," and to mail said check to him at the address on file in the Clerk's office.

It is further **ORDERED** that the automatic stay in Case No. WC80-34 is WAIVED, and that this action is **CLOSED.**

**SO ORDERED**, on this 16 day of September, 2024.

_____
SENIOR U.S. DISTRICT JUDGE